UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ILIR LECAJ,<br><br>       Plaintiff,<br><br>v.<br><br>GREEN TREE SERVICING LLC<br><br>       Defendant. | Civ. Action. No.: 15-10256 |

## **DEFENDANT'S EMERGENCY MOTION FOR EXTENSION OF TIME**

    Defendant Green Tree Servicing LLC ("Green Tree") moves on an emergency basis for a one-week extension of time to respond to the Complaint filed by Plaintiff Ilir Lecaj ("Lecaj"). On February 3, 2015, Green Tree removed this action to this Court.  As a result, a response to the Complaint was due on February 10, 2015.  Since Green Tree removed this action, there has been severe inclement weather in the Boston area causing office closures (including on February 9 and 10, 2015), which has impacted adversely Green Tree's counsel's ability to respond to the Complaint timely.  As a result, Green Tree requests this Court grant it a brief extension of time until February 17, 2015 to respond to the Complaint.

    **WHEREFORE**, Green Tree requests this grant it up to and including February 17, 2015 to file its response to the Complaint.

GREEN TREE SERVICING LLC,

By their attorneys,

*/s/ Amy B. Hackett*
Richard E. Briansky (BBO# 632709)
Amy B. Hackett (BBO# 676345)
McCarter & English LLP
265 Franklin Street
Boston, MA 02110
Phone: (617) 449-6500
rbriansky@mmcarter.com
ahackett@mccarter.com

## CERTIFICATE OF SERVICE

I, Amy B. Hackett, certify that on February 11, 2015, I served a copy of the foregoing document on all parties by delivering a copy of the same by first class mail to:

Ilir Lecaj
15 Juniper Street
Ipswich, MA 01938

*/s/ Amy B. Hackett*