UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
ILIR LECAJ,                    )
       Plaintiff               )
                               )
v.                             )
                               )
GREEN TREE SERVICING           )
LLC,                           )
       Defendant               )
_____)
```

**NOTICE OF APPEARANCE**

TO THE CLERK of the Above Named Court, kindly enter my appearance on behalf of Ilir Lecaj.

RESPECTFULLY SUBMITTED,

Dated: February 11th, 2015

/S/ Jonas A. Jacobson _____
Jonas A. Jacobson (BBO: 676581)
872 Massachusetts Ave., Unit 1-6
Cambridge, MA 02139
617.230.2779
(f) 617.849.5547
jonas@jonasjacobson.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on February 11th, 2015.

  /s/ Jonas A. Jacobson