CRTR2709-CR

**MASSACHUSETTS**
**IPSWICH DC POSTING**
Docket Report

**1240SC000283**
**Larch Row, LLC  v.  Caron, Roland**

| | | | |
|---|---|---|---|
| **CASE TYPE:** | Small Claims | **FILE DATE:** | 11/30/2012 |
| **ACTION CODE:** | SC5001 | **CASE STATUS:** | Disposed - Statistical Purposes |
| **DESCRIPTION:** | Small Claim over $5000 | **STATUS DATE** | 01/31/2013 |
| | | **CASE JUDGE** | |
| **CASE TRACK:** | | | |
| **CASE SESSION:** | Courtroom 4 | | |

## LINKED CASE

## PARTIES

**Plaintiff**
Larch Row, LLC
John Maestranzi, MGR
80 Larch Road
Wenham, MA 01984

**Defendant**
Caron, Roland
3 Belleau Road
Salem, MA 01970

## PARTY CHARGES

| # | Offense Date/ Charge | Code | Town | Disposition | Disposition Date |
|---|---|---|---|---|---|
| | | | | | |

## EVENTS

| Date | Session | Event | Result | Resulting Judge |
|---|---|---|---|---|
| 01/31/2013 | Courtroom 4 | Magistrate Hearing | Defendant Failed To Appear | Kattar |
| 03/07/2013 | Courtroom 4 | Payment Review | | |

## FINANCIAL SUMMARY

| | Fees/Fines/Costs | Assessed | Paid | Dismissed | Balance |
|---|---|---|---|---|---|
| | Total | 150.00 | 150.00 | 0.00 | 0.00 |

A TRUE COPY
ATTEST

| INFORMATIONAL DOCKET ENTRIES | | | |
|---|---|---|---|
| Date | Ref | Description | Judge |
| 11/30/2012 | 1 | Statement of Small Claim entered. | |
| 11/30/2012 | 2 | Verification of Defendant's Address form filed (Uniform Small Claims Rule (b)) | |
| 12/31/2012 | | Event Scheduled<br>Event: Magistrate Hearing<br>Date: 01/31/2013  Time: 08:30 AM | |
| 01/31/2013 | | Judgment Entered:<br>Judgment for Plaintiff(s)      , after defendant(s) failed to appear<br>Kattar, Jr., Joseph K<br>Judgment For: Larch Row, LLC<br>Judgment Against: Caron, Roland<br>Terms of Judgment:<br>Interest Begins:  11/30/2012      Jdgmnt Date:  01/31/2013<br>Interest Rate:  .12<br>Daily Interest Rate:  .000329<br>Damages:<br>Damage Amt:  6258.03          Filing Fees:  150.00<br>Judgment Total:  6,535.68 | |
| 02/01/2013 | | Event Scheduled<br>Event: Payment Review<br>Date: 03/07/2013  Time: 10:00 AM | |

A TRUE COPY
ATTEST:

| **CAPIAS**<br>CIVIL WARRANT OF ARREST | DOCKET NUMBER<br>**1240SC000283** | **Trial Court of Massachusetts**<br>**District Court Department**  |
|---|---|---|

Larch Row, LLC v. Roland Caron

| JUDGMENT DEBTOR AGAINST WHOM CAPIAS IS ISSUED | COURT NAME & ADDRESS |
|---|---|
| Roland Caron<br>3 Belleau Road<br>Salem, MA 01970 | Ipswich District Court<br>188 State Street<br>Route 1 Traffic Circle<br>Newburyport, MA 01950 |

| JUDGMENT CREDITOR (OR ATTORNEY) WHO MUST ARRANGE SERVICE OF CAPIAS |
|---|
| File Copy |

**TO ANY OFFICER AUTHORIZED TO SERVE CIVIL PROCESS:**

The Court considers the above named judgment debtor to be in contempt for failure to appear in court as ordered.

**WE COMMAND YOU**, therefore to arrest the above named judgment debtor and forthwith to bring him or her before this Court to answer for his (or) her alleged contempt.

This capias expires on 03/07/2014

The Court HAS NOT authorized an arrest under this capias to be made after sunset.

**FURTHER ORDERS OF THE COURT**

| TESTE OF FIRST JUSTICE<br>**WITNESS:** Hon. Allen G Swan | DATE ISSUED<br>03/07/2013 | CLERK-MAGISTRATE/ASST. CLERK<br>X |
|---|---|---|

**RETURN OF SERVICE**

By virtue of this capias, I have arrested the above named judgment debtor and have brought him or her before the Court.

**FEES:**

| DATE & TIME SERVED | SIGNATURE OF PERSON MAKING SERVICE<br>X | TITLE OF PERSON MAKING SERVICE |
|---|---|---|

| **JUDGMENT FOR PLAINTIFF(S)** | DOCKET NUMBER<br>**1240SC000283** | **Trial Court of Massachusetts**<br>**District Court Department**<br>Small Claims Session |
|---|---|---|

Larch Row, LLC v.  Roland Caron

| PLAINTIFF(S) WHO ARE PARTIES TO THIS JUDGMENT<br>Larch Row, LLC | COURT NAME & ADDRESS<br> Ipswich District Court<br> 188 State Street<br> Route 1 Traffic Circle<br> Newburyport, MA 01950 |
|---|---|
| DEFENDANT(S) WHO ARE PARTIES TO THIS JUDGMENT<br>Roland Caron | NEXT COURT EVENT (IF ANY)<br>**Payment Review**<br><br>**03/07/2013 at 10:00 AM**<br>**Courtroom 4** |
| PARTY (OR ATTORNEY FOR PARTY) TO WHOM THIS COPY OF JUDGMENT IS ISSUED<br> File Copy | PAYMENT ORDER TERMS<br>**None** |
|  | FURTHER ORDERS OF THE COURT |

## JUDGMENT FOR PLAINTIFF(S)

On the above claim, after defendant(s) failed to appear, the Court (Joseph K Kattar Jr.) has entered JUDGMENT IN FAVOR OF THE PLAINTIFF(S) listed above.  The defendant(s) must pay the plaintiff(s) the "Judgment Total" shown below, plus additional postjudgment interest under General Laws c. 235 § 8 at the "Annual Interest Rate" shown below from the "Date Judgment Entered" shown below until the date of payment.  The defendant(s) is required by law to pay the plaintiff(s) that total amount. Unless the defendant(s) failed to appear, the defendant(s) has a right of appeal within 10 days after receiving notice of this judgment.  See the enclosed instructions for additional information.

If the court has scheduled this matter for a next court event, both parties must appear unless excused.  **The defendant(s) is subject to arrest for failing to appear.**

| | |
|---|---:|
| 1.  Date of Breach, Demand or Complaint | 11/30/2012 |
| 2.  Date Judgment Entered | 01/31/2013 |
| 3.  Number of Days of Prejudgment Interest *(line 2 - Line1)* | 62 |
| 4.  Annual Interest Rate of .12/365.25 = Daily Interest rate | .000329 |
| 5.  Single Damages | $6,258.03 |
| 6.  Prejudgment Interest   *(lines 3x4x5)* | $127.65 |
| 7.  Double or Treble Damages Awarded by Court *(where authorized by law)* | $ |
| 8.  Costs Awarded by Court | $150.00 |
| 9.  Attorney Fees Awarded by Court *(where authorized by law)* | $ |
| 10.  **JUDGMENT TOTAL PAYABLE TO PLAINTIFF(S)**  .(Lines 5+6+7+8+9) | $6,535.68 |

| DATE JUDGMENT ENTERED<br>01/31/2013 | CLERK-MAGISTRATE/ASST. CLERK<br>X |
|---|---|

A TRUE COPY

Date/Time Printed:  02-01-2013 11:00:38

| NOTICE OF NEXT EVENT | DOCKET NUMBER<br>1240SC000283 | Trial Court of Massachusetts<br>District Court Department |
|---|---|---|

| CASE NAME     Larch Row, LLC v.  Roland Caron |
|---|

| ATTORNEY (OR PRO SE PARTY) TO WHOM THIS COPY OF NOTICE IS ISSUED<br>File Copy | COURT NAME & ADDRESS<br>Ipswich District Court<br>188 State Street<br>Route 1 Traffic Circle<br>Newburyport, MA 01950 |
|---|---|

| NEXT COURT EVENT<br>**Magistrate Hearing**<br><br>**01/31/2013 at 8:30 AM**<br>**Courtroom 4** | JUDGE OR MAGISTRATE (if already assigned) |
|---|---|

| ∧∧∧     COUNSEL FOR ALL PARTIES (OR PRO SE PARTY)     ∧∧∧<br>MUST APPEAR ON THE DATE & TIME SHOWN ABOVE |
|---|

**TO THE PARTIES TO THIS CASE:**

The nature, date and time of the next scheduled event concerning this case is indicated above.

**You are required to be present at this event.**

If you have good reason to request the Court to reschedule this event for another date, such request must be made by motion in accordance with the applicable court rule.  Please note that the granting of a continuance is not automatic even when all the parties agree.


**Further Orders of the Court.**

A TRUE COPY
ATTEST:

| DATE ISSUED<br>December 31, 2012 | CLERK-MAGISTRATE<br>Kathryn Morris Early | |
|---|---|---|

www.mass.gov/courts                    Date/Time Printed:  12-31-2012 11:15:13

STATEMENT OF ~~SMALL CLAIM~~ ... al ... Massachusetts
AND NOTICE OF TRIAL → Use Only: TQ40SC 283   Small Claims Session

| PART 1 | ☐ BOSTON MUNICIPAL COURT | ☐ DISTRICT COURT _____ Division | ☐ HOUSING COURT _____ Division |
|---|---|---|---|

| PART 2 | PLAINTIFF'S NAME, ADDRESS, ZIP CODE AND PHONE | PLAINTIFF'S ATTORNEY (if any) |
|---|---|---|

LARCH ROW, LLC / JOHN MAESTRANZI, MGR   Name: _____

80 LARCH ROW

WENHAM, MA 01984

PHONE NO: 508-932-9000    Address: _____   PHONE NO: _____   BBO NO: _____

**PART 3** — DEFENDANT'S NAME, ADDRESS, ZIP CODE AND PHONE / ADDITIONAL DEFENDANT (if any)

ROLAND CARON    Name: _____

3 BELLEAU ROAD    Address: _____

SALEM, MA 01970

PHONE NO: 978-744-7175 or 978-886-5588    PHONE NO: _____

**PART 4**

PLAINTIFF'S CLAIM. The defendant owes $6,258.03 plus $150.00 court costs for the following reasons: Give the date of the event that is the basis of your claim.

INTEREST ON PAST DUE

2007 RENTS

= $6,258.03

*A TRUE COPY ATTEST* Kathryn ~~Thomas Earley~~

SIGNATURE OF PLAINTIFF  X _____ MGR    DATE 11-28-12

**PART 5**

MEDIATION: Mediation of this claim may be available prior to trial if both parties agree to discuss the matter with a mediator, who will assist the parties in trying to resolve the dispute on mutually agreed to terms. The plaintiff must notify the court if he or she desires mediation; the defendant may consent to mediation on the trial date.
☐ The plaintiff is willing to attempt to settle this claim through court mediation.

**PART 6**

MILITARY AFFIDAVIT: The plaintiff states under the pains and penalties of perjury that the:

☑ above defendant(s) is (are) not serving in the military and at present live(s) or work(s) at the above address.

☐ above defendant(s) is (are) serving in ~~the military~~

X _____ MGR   11-28-12
SIGNATURE OF PLAINTIFF    DATE

**NOTICE OF TRIAL**

NOTICE TO DEFENDANT:
You are being sued in Small Claims Court by the above named plaintiff. You are directed to appear for trial of this claim on the date and time noted to the right.

If you wish to settle this claim before the trial date, you should contact the plaintiff or the plaintiff's attorney.

SEE ADDITIONAL INSTRUCTIONS ON THE BACK OF THIS FORM

NAME AND ADDRESS OF COURT

DATE AND TIME OF TRIAL
_____ AT _____
DATE   TIME
ROOM NO.

BOTH THE PLAINTIFF AND THE DEFENDANT MUST APPEAR AT THIS COURT ON THE DATE AND TIME SPECIFIED

◄ COURT USE ONLY ►

COURT COPY

FIRST JUSTICE    CLERK-MAGISTRATE OR DESIGNEE

INSTRUCTIONS FOR FILING A SMALL CLAIM — You must complete Parts 1-6 of this form. See instructions on reverse.

DC-SC-1 (10/09)    ATENCION: ESTE ES UN AVISO OFICIAL DE LA CORTE. SI USTED NO SABE LEER INGLÈS, OBTENGA UNA TRADUCCIÒN.

| VERIFICATION OF DEFENDANT'S ADDRESS<br>BY PLAINTIFF IN TRADE OR COMMERCE<br>OR PURSUING ASSIGNED DEBT | For Court Use Only ➔ | DOCKET NO. | Trial Court of Massachusetts<br>Small Claims Session |
|---|---|---|---|

| PLAINTIFF(S)<br>LARCH ROW, LLC<br>JOHN MAESTRANZI, MGR  vs. | COURT DIVISION |
|---|---|

| DEFENDANT(S)<br>ROLAND CARON | This form must be filed along with the Statement of Small Claim for any claim incurred in the course of plaintiff's trade or commerce, or for assigned debt. Use separate forms for multiple defendants if they have different mailing addresses. |
|---|---|

MAILING ADDRESS OF DEFENDANT(S)

3 BELLEAU ROAD, SALEM, MA   01970

Pursuant to Uniform Small Claims Rule 2(b), the defendant's mailing address shown above has been verified in the following manner:

| Check at least **one** of these methods: | ☐ Verified with the following municipal record within the past 12 months:<br><br>Municipal record (e.g., street list or tax records): _____<br><br>_____ Date verified: _____<br><br>☐ Verified with Registry of Motor Vehicles records within the past 12 months.<br><br>Date verified: _____<br><br>☐ Verified by receipt of correspondence from the defendant with that return address within the past 12 months.<br><br>Date correspondence received: _____<br><br>☒ Other verification from the defendant within the past 12 months that address is current:<br><br>Describe: SPOKE WITH BOTH ROLAND + HIS MOTHER |
|---|---|
| **or**<br><br>Check at least **two** of these methods: | ☐ A letter was mailed to the defendant at the above address by first class mail on:<br><br>Date within past 6 months, and at least 4 weeks before filing this small claim: _____<br><br>and has not been returned to sender by the postal service.<br><br>☐ Verified using the following online database (other than white pages or other unpaid general telephone directory) within the past 6 months:<br><br>Name and source of database: _____<br><br>☐ Verified with an additional source, specifically: _____<br><br>_____ |

| DATE SIGNED<br>11-28-12 | SIGNED UNDER THE PENALTIES OF PERJURY<br><br>X _____ , MGR<br>PLAINTIFF OR PLAINTIFF'S ATTORNEY |
|---|---|

DC-SC-7 (10/09)     www.mass.gov/courts/districtcourt