UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.
1:15-cv-10256-LTS

ILIR LECAJ
*Plaintiff,*

v.

GREEN TREE SERVICING LLC
*Defendant*

## CLOSING ORDER DISMISSING CASE

SOROKIN, D.J.

In accordance with the Order on Motion to Dismiss (Docket No. 24) entered on September 14, 2015, this case is hereby dismissed and closed.

SO ORDERED.

/s/ Leo T. Sorokin
UNITED STATES DISTRICT COURT

September 14, 2015